UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                               CASE NO. 04 B 37358
    SAMUEL L ROBY
    CHARLIE M ROBY                    CHAPTER 13

                                     JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-4403    SSN XXX-XX-2543
```

--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/07/04 and confirmed on 12/30/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 11881.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 3260.18 | .00 | 3260.18 |
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 1430.50 | .00 | 1430.50 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 2710.64 | 606.31 | 2710.64 |
| ALLIANCE ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT EDUCATOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ADLER & ADLER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 607.52 | .00 | 60.75 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RMA | UNSECURED | NOT FILED | .00 | .00 |

```
RMA                          UNSECURED    NOT FILED            .00            .00
SBC AMERITECH                UNSECURED    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT    205.20              .00         205.20
            Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7401.32       205.20       607.52          .00      8214.04
PRINCIPAL PAID      7401.32       205.20        60.75          .00      7667.27
INTEREST PAID        606.31          .00          .00          .00       606.31
TOTAL PAID          8007.63       205.20        60.75          .00      8273.58
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $    3075.00
and was paid $    3075.00 .

The Trustee received $     509.89 .

Refunds to the Debtor totaled $      22.53 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/18/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE  2
            CASE NO. 04 B 37358 SAMUEL L ROBY & CHARLIE M ROBY